# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00430-CV

**Alexander G. Fedorov, Appellant**

**v.**

**Cecilia Cavuto, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 10-1363-FC2, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING

## O R D E R

On May 4, 2016, this Court rendered judgment affirming a final trial-court order adverse to appellant Alexander Fedorov.[1]  The initial deadline to file a motion for rehearing or for en banc reconsideration was May 19, 2016.[2]  Emphasizing that his appellate counsel withdrew following our judgment and professing the need for time to obtain new counsel, Fedorov has requested and been granted two extensions, the most recent of which will expire on August 1, 2016. Still claiming that he needs time to secure counsel, Fedorov now seeks a third extension—until Monday, August 15, 2016, for a total extension of 88 days on top of the original 15-day period—upon expiration of which he advises he will file his motion pro se if necessary.  The extension request is opposed by the appellee, Cecilia Cavuto, and we agree that we cannot let

---

[1] *See Fedorov v. Cavuto*, No. 03-14-00430-CV, 2016 Tex. App. LEXIS 4668 (Tex. App.—Austin May 4, 2016, no pet. h.) (mem. op.).

[2] *See* Tex. R. App. P. 49.1, 49.7.

this cause linger indefinitely.  We grant Fedorov's current requested extension, but we will grant no more.

It is order on July 29, 2016.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland